In the Matter of the Claim of BERTHA CASSIDY, Respond-
ent, against 143 WEST 49TH STREET CONSTRUCTION
CORPORATION et al., Appellants.
THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 26, 1931; decided April 14, 1931.)

*T. Carlyle Jones* and *Bernard J. Vincent* for appellants.

*Henry B. Lamm* and *Sydney A. Mayers* for claimant-respondent.

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.